# EXHIBIT "A"

## EMAIL ADDRESSES:

- WILLIAM DONALD REDFERN:
  dredfern@oakescapital.com
  redfernwd2020@gmail.com
  2016wdredfern@gmail.com

- ROBERT ASADULLIN:
  rkaspranov@oakescapital.com
  rarest@bk.ru

- ANDREY Y. STRIGIN:
  admin@oakescap.com

## WHATSAPP:

- WILLIAM DONALD REDFERN:  +19177059197

## P.O. BOXES:

- WILLIAM DONALD REDFERN:
  7750 Okeechobee Blvd., #4571, West Palm Beach, FL 33411

- ANDREY Y. STRIGIN:
  170 NE 2ND Street, #294083, Boca Raton, FL 33429

## LOCAL COUNSEL:

- WILLIAM DONALD REDFERN:
  David Stuart Seltzer
  Seltzer Mayberg, LLC
  10750 NW 6th Court
  Miami, FL 33168
  305-444-1565
  Email: david@smfirm.com

L170000061542



300332034123

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____      Certificates of Status _____

┌─────────────────────────────────────┐
│ Special Instructions to Filing Officer: │
│                                         │
│                                         │
│                                         │
│                                         │
│                                         │
└─────────────────────────────────────┘

Office Use Only

JUL 17 2019

M. SOLOMON



115 N CALHOUN ST., STE. 4
TALLAHASSEE, FL 32301
P: 866.625.0838
F: 866.625.0839
COGENCYGLOBAL.COM

Account#: I20000000088

Date: _____ 07/16/2019 _____

Name: _____ **Merritt Walker** _____

Reference #: _____ **1107561** _____

Entity Name: _____ **2495 NW 41 STREET LLC** _____

☐ Articles of Incorporation/Authorization to Transact Business

☑ Amendment

☐ Change of Agent

☐ Reinstatement

☐ Conversion

☐ Merger

☐ Dissolution/Withdrawal

☐ Fictitious Name

☐ Other_____

Authorized Amount: _____ $25 _____

Signature: _____ ᴜᴡᴠ _____

⊕ CORPORATE HQ
COGENCY GLOBAL INC.
10 E 40ᵗʰ ST, 10ᵗʰ FL
NY, NY 10016
D: +1.212.947.7700

⊕ EUROPEAN HQ
COGENCY GLOBAL (UK) LIMITED
REGISTERED IN ENGLAND & WALES.
REGISTRY #8010712
6 LLOYDS AVE, UNIT 4CL

⊕ ASIA PACIFIC HQ
COGENCY GLOBAL (HK) LIMITED
A HONG KONG LIMITED COMPANY
UNIT B, 1/F, LIPPO LEIGHTON TOWER
103 LEIGHTON RD, CAUSEWAY BAY

# COVER LETTER

**TO:**    **Registration Section**
          **Division of Corporations**

**SUBJECT:** _2495 NW 41 street_
_____
                    Name of Limited Liability Company


The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

                    Andrey Y. Strigin
          _____
                              Name of Person

                    Fletcher Capital Management LLC
          _____
                              Firm/Company

                    7750 Okeechobee Blvd, unit 4571
          _____
                              Address

                    West Palm Beach, FL  33411
          _____
                              City/State and Zip Code

                    admin@oakescap.com
          _____
                    E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Andrey Y. Strigin                          917      7059197
_____ at (_____) _____
           Name of Person                   Area Code      Daytime Telephone Number


Enclosed is a check for the following amount:

■ $25.00 Filing Fee    ☐ $30.00 Filing Fee &      ☐ $55.00 Filing Fee &        ☐ $60.00 Filing Fee,
                          Certificate of Status        Certified Copy                Certificate of Status &
                                                        (additional copy is enclosed)   Certified Copy
                                                                                     (additional copy is enclosed)


**MAILING ADDRESS:**                  **STREET/COURIER ADDRESS:**
Registration Section                  Registration Section
Division of Corporations              Division of Corporations
P.O. Box 6327                         Clifton Building
Tallahassee, FL 32314                 2661 Executive Center Circle
                                      Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
## TO
# ARTICLES OF ORGANIZATION
## OF

2495 NW 41 Street LLC
_____
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on <u>March 16, 2017</u> and assigned

Florida document number <u>L17000061542</u>.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent: _____

New Registered Office Address: _____
                                        *Enter Florida street address*

_____, **Florida** _____
          *City*                                    *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent</u>:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605. F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, <u>Signature of New Registered Agent</u>

**Page 1 of 3**

**If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person being added or removed from our records</u>:**

MGR = Manager
AMBR = Authorized Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| AMBR | William D. Redfern | 7750 Okeechobee Blvd, Unit 4571<br>West Palm Beach, FL  33411 | ■ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |
|  |  |  | ☐ Add |
|  |  |  | ☐ Remove |
|  |  |  | ☐ Change |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ **(optional)**

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)   The 90th day after the record is filed.

Dated _____ July 15 _____ 2019 _____

_____
Signature of a member or authorized representative of a member

Andrey Y. Strigin
_____
Typed or printed name of signee

**Page 3 of 3**

**Filing Fee:  $25.00**